IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                    Criminal No. :   7:19CR00025

**STEVEN CORNELL VAUGHN, JR.**

                 **Defendant.**

### ORDER

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, counsel for the United States is reminded of its disclosure obligation to produce evidence that is favorable to the defendant and material either to guilt or punishment as required by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny. Failure to adhere to this requirement may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings or sanctions by the Court.

Entered:  April 8, 2021

*s/ Michael F. Urbanski*
Chief United States District Judge